**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

IFTIKHAR ISA AHMED,

                                Plaintiff,

v.

ROBERT FENESIS, JOE W.
COSGROVE, and RALPH FLESHER,

                               Defendants.

Civil No. 05-2388 (JRT/FLN)

**ORDER ADOPTING
REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE**

_____

    Iftikhar Isa Ahmed., #195680, MCF- Rush City, 7600 525th Street, Rush City, MN 55069, platintiff *pro se*.

    Jon K. Murphy and Richard L. Varco, Jr., **OFFICE OF THE MINNESOTA ATTORNEY GENERAL,** 445 Minnesota Street, Suite 1100, St. Paul, MN 55101, for defendants.

    Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 22, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

    **IT IS HEREBY ORDERED** that Defendant's motion for summary judgment [Docket No.52] is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**.

DATED: September 19, 2007
at Minneapolis, Minnesota.

                                                                      s/John R. Tunheim
                                                                    JOHN R. TUNHEIM
                                                             United States District Judge